IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-081-FDW-DCK-1

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| HUNTER G. MELLO, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Wes J. Camden, concerning Charles E. James, Jr., on April 11, 2023. Charles E. James, Jr. seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Charles E. James, Jr. is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: April 11, 2023

David C. Keesler
United States Magistrate Judge